UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:     CASS LAMAR WELDON                    CASE NO: 14-30162
           KIMBERLY MICHELLE WELDON             CHAPTER 13

## MOTION AND NOTICE OF PROPOSED DISMISSAL
## WITH A 109(g) FINDING FOR FAILURE TO MAKE PLAN PAYMENTS

**THIS MOTION AND NOTICE OF PROPOSED DISMISSAL IS IMPORTANT. IT IS ADVISED THAT DEBTOR(S) READ THIS DOCUMENT AND CONTACT HIS/HER/THEIR ATTORNEY TO MAKE ARRANGEMENTS TO SEE HIM OR HER AS SOON AS POSSIBLE. NOTICE IS HEREBY GIVEN THAT UNLESS THE DEFAULT IN PAYMENT IS CURED IN ACCORDANCE WITH THIS NOTICE THE CASE MAY BE DISMISSED WITH A 109(g) FINDING.**

**NOW INTO COURT**, through undersigned counsel, comes E. Eugene Hastings, Standing Chapter 13 Trustee, who moves this Court to dismiss the above captioned case for the following reasons:

1.

The debtor(s) has/have failed to make plan payments pursuant to the terms of the plan. The debtor(s) is/are 2.99 months in arrears for a total of $8,734.00 through January 2016, as is shown by the Declaration attached hereto and made a part hereof.

2.

For the foregoing reason, debtor(s) case should be dismissed unless one of the actions listed below is taken on or before **MARCH 2, 2016**, hereafter referred to as the "**Response Date**".

a)   Pay the delinquent amount of $8,734.00 as well as any payments which come due by the **Response Date**; or

b)   File an Amended Chapter 13 Plan which cures the delinquency AND requires a minimum of one (1) new payment be paid on or before the **Response Date**;

c)   File a motion to convert debtor(s) Chapter 13 case to a Chapter 7 liquidation bankruptcy on or before the **Response Date**; or

d)   If debtor(s) believe and can prove with documentation that the Trustee is incorrect and that the plan payments are current, debtor(s) may file an objection to the dismissal of the case along with supporting documentation attached as an exhibit on or before the **Response Date**. IF AND ONLY IF debtor(s) file an objection, the Trustee shall file a Notice of Hearing scheduling debtor(s) objection for hearing, at which hearing debtor(s) shall appear. **An objection triggering a hearing MUST include proof of**

plan payments brought current on or before the **Response Date** or the case may be dismissed at the hearing and the Trustee may seek sanctions against the attorney and/or debtor(s) for the filing of a non-responsive and non-compliant pleading and/or the failure to provide proof of payments in accordance with this Notice; or

e) If debtor(s) no longer desire to continue in the Chapter 13 case, a written motion to voluntarily dismiss the Chapter 13 case may be filed on or before the **Response Date**.

3.

In the event plan payments are not brought current or in the event no Objection or other responsive pleading is filed, the Chapter 13 Trustee shall submit an Order of Dismissal no earlier than the **Response Date** set forth above.

4.

Notice is hereby given that if the default in plan payments is cured through paying the plan payments current or through a confirmed modified plan, the Trustee may thereafter dismiss debtor(s) Chapter 13 case, without a hearing, in the event debtor(s) fail to make any future payment required by the plan for a period of time in excess of thirty (30) days. Further notice is hereby given that such dismissal would be with prejudice prohibiting the filing of any subsequent bankruptcy case for a period of six (6) months, in accordance with 11 USC §109(g)

Respectfully submitted,

E. EUGENE HASTINGS
CHAPTER 13 TRUSTEE
Post Office Box 14477
Monroe, Louisiana 71207
Telephone: (318) 651-7733
Facsimile: (318) 651-7742
E-Mail: ecftr@ch13monroe.com

/s/ E. Eugene Hastings
E. Eugene Hastings (LA Bar No. 14,360)
Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:     CASS LAMAR WELDON                         CASE NO: 14-30162
              KIMBERLY MICHELLE WELDON                  CHAPTER 13

### DECLARATION

      I hereby declare that Cass Lamar Weldon and Kimberly Michelle Weldon is/are delinquent on his/her/their Chapter 13 plan payments in his/her/their Chapter 13 Case Number 14-30162 as of this date, January 26, 2016. Attached as an exhibit to this Declaration is the Standing Chapter 13 Trustee Receipt Log showing all payments posted to Chapter 13 Case Number 14-30162.

*/s/ Brenda C. Fulford*
Brenda C. Fulford
Case Auditor
Office of the Standing Chapter 13 Trustee

## RECEIPT HISTORY

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
| --- | --- | --- | --- |
| Feb 20, 2014 | 9192208306 | CASHIER'S CHECK | 1,524.00 |
| Mar 04, 2014 | 9099007361 | CASHIER'S CHECK | 1,524.00 |
| Mar 26, 2014 | ADVANCE 80843 | EMPLOYER PAYROLL DEDUCTION CHECK/TO BE HELD ONE DI | 1,524.00 |
| Apr 08, 2014 | ADVANCE 08178 | EMPLOYER PAYROLL DEDUCTION CHECK | 1,524.00 |
| Apr 25, 2014 | ADVANCE 37638 | EMPLOYER PAYROLL DEDUCTION CHECK/TO BE HELD ONE DI | 1,524.00 |
| May 06, 2014 | ADVANCED 63091 | EMPLOYER PAYROLL DEDUCTION CHECK | 1,524.00 |
| May 20, 2014 | ADVANCE 88830 | EMPLOYER PAYROLL DEDUCTION CHECK | 1,524.00 |
| Jun 03, 2014 | ADVANCE 27053 | EMPLOYER PAYROLL DEDUCTION CHECK | 1,524.00 |
| Jun 17, 2014 | ADVANCE 54133 | EMPLOYER PAYROLL DEDUCTION CHECK | 1,524.00 |
| Jul 01, 2014 | ADVANCE 81536 | EMPLOYER PAYROLL DEDUCTION CHECK | 1,524.00 |
| Jul 15, 2014 | ADVANCE 10887 | EMPLOYER PAYROLL DEDUCTION CHECK | 1,524.00 |
| Jul 29, 2014 | 1427813591 | CASHIER'S CHECK / ONE DISBURSEMENT HOLD | 1,524.00 |
| Aug 19, 2014 | 9555502750 | CASHIER'S CHECK | 1,524.00 |
| Sep 09, 2014 | 9553201946 | CASHIER'S CHECK | 1,524.00 |
| Oct 15, 2014 | 9415714299 | CASHIER'S CHECK | 1,334.00 |
| Oct 23, 2014 | 9415714402 | CASHIER'S CHECK | 1,334.00 |
| Nov 04, 2014 | 9415714480 | CASHIER'S CHECK | 1,334.00 |
| Nov 19, 2014 | 9415714613 | CASHIER'S CHECK | 1,334.00 |
| Dec 08, 2014 | 9415714716 | CASHIER'S CHECK | 1,334.00 |
| Dec 23, 2014 | 9415714814 | CASHIER'S CHECK | 1,334.00 |
| Jan 07, 2015 | 9415714965 | CASHIER'S CHECK | 1,350.00 |
| Jan 21, 2015 | 9415715051 | CASHIER'S CHECK | 1,350.00 |
| Feb 04, 2015 | 9415715131 | CASHIER'S CHECK | 1,350.00 |
| Feb 19, 2015 | 9192209515 | CASHIER'S CHECK | 1,350.00 |
| Mar 06, 2015 | 9415715341 | CASHIER'S CHECK | 1,350.00 |
| Mar 24, 2015 | 9415715474 | CASHIER'S CHECK | 1,350.00 |
| Apr 07, 2015 | 9415715579 | CASHIER'S CHECK | 1,350.00 |
| Apr 21, 2015 | 9415715671 | CASHIER'S CHECK | 1,350.00 |
| May 12, 2015 | 9415715812 | CASHIER'S CHECK | 1,350.00 |
| Jun 08, 2015 | 9447415694 | CASHIER'S CHECK | 1,350.00 |
| Jun 18, 2015 | 9415716088 | CASHIER'S CHECK | 1,350.00 |
| Jul 10, 2015 | 9415716242 | CASHIER'S CHECK | 1,350.00 |
| Jul 21, 2015 | 9192210008 | CASHIER'S CHECK | 1,350.00 |
| Aug 14, 2015 | 9415716456 | CASHIER'S CHECK | 1,350.00 |
| Aug 24, 2015 | 9415716498 | CASHIER'S CHECK | 1,350.00 |
| Sep 10, 2015 | 9415716591 | CASHIER'S CHECK | 1,350.00 |
| Oct 13, 2015 | 9415716735 | CASHIER'S CHECK | 1,350.00 |
| Oct 19, 2015 | 9415716861 | CASHIER'S CHECK | 1,350.00 |
| Nov 10, 2015 | 9849113933 | CASHIER'S CHECK | 1,350.00 |
| Nov 24, 2015 | 9415717089 | CASHIER'S CHECK | 1,350.00 |
| Dec 21, 2015 | 9415717277 | CASHIER'S CHECK | 1,350.00 |
| Jan 06, 2016 | 1519412262 | CASHIER'S CHECK | 1,350.00 |
| | | **TOTAL RECEIPTS** | **58,850.00** |

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:     CASS LAMAR WELDON                  CASE NO: 14-30162
           KIMBERLY MICHELLE WELDON            CHAPTER 13

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor(s) and the debtor(s) attorney:

Cass and Kimberly Weldon
1992 Highway 820
Choudrant, LA 71227

Mr. E. Orum Young
Attorney at Law
P. O. Box 1125
Monroe, LA 71210-1125

by placing same in the United States Mail, postage prepaid, this 26th day of January, 2016.

                                                   /s/ E. Eugene Hastings
                                                   E. Eugene Hastings
                                                   Standing Chapter 13 Trustee