UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RE: CASS LAMAR WELDON | CASE NO.: 14-BK-30162 |
| KIMBERLY MICHELLE WELDON | CHAPTER 13 BANKRUPTCY |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes the above-captioned debtors, CASS LAMAR WELDON and KIMBERLY MICHELLE WELDON, who shows after payment of attorney fees, that they desire that their Chapter 13 Bankruptcy be dismissed.

This 12th day of February, 2016.

/s/ E. Orum Young, III.
E. Orum Young, Jr. 13749
E. Orum Young, III. 36099
Joseph R. Moore 33996
Jacob D. Rennick 35974
Attorneys for Debtor
E. Orum Young Law, LLC
200 Washington Street
Monroe, LA 71201
(318) 322-6232


/s/Cass Lamar Weldon
Cass Lamar Weldon, Debtor

/s/Kimberly Michelle Weldon
Kimberly Michelle Weldon, Debtor